BRODSKY MICKLOW BULL & WEISS, LLP
Philip E. Weiss, Esq. (No. 152523)
Edward M. Bull, Esq. (No. 141996)
2540 Shelter Island Drive, Suite P
San Diego, California 92106
Telephone: (619) 225-8884
Facsimile: (619) 225-8801

Attorneys for Plaintiff
SHM Emeryville, LLC,
dba Safe Harbor Emeryville

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHM EMERYVILLE, LLC, dba SAFE HARBOR EMERYVILLE,<br><br>　　　　Plaintiff,<br><br>v.<br><br>THAT CERTAIN 1979 DEFEVER MOTOR YACHT OF APPROXIMATELY 38-FEET IN LENGTH, BEARING CALIFORNIA REGISTRATION NO. CF 8837 UR, AND ALL OF HER ENGINES, TACKLE, ACCESSORIES, EQUIPMENT, FURNISHINGS AND APPURTENANCES, *in rem*,<br><br>　　　　Defendant. | Case No. 3:21-CV-8260-SK<br><br>IN ADMIRALTY<br><br>WARRANT FOR ACTION IN REM<br><br>F.R.C.P. Supplemental Admiralty Rules C and E.<br><br>46 U.S.C. Sections 30101-31343 |

**TO THE UNITED STATES MARSHAL FOR THE NORTHERN DISTRICT OF CALIFORNIA**:

**WHEREAS** a Verified Complaint has been filed in this Court in the above-entitled action against THAT CERTAIN 1979 DEFEVER MOTOR YACHT OF APPROXIMATELY 38-FEET IN LENGTH, BEARING CALIFORNIA REGISTRATION NO. CF 8837 UR, AND ALL OF HER ENGINES, TACKLE, ACCESSORIES, EQUIPMENT, FURNISHINGS AND APPURTENANCES (the "DEFENDANT VESSEL") upon an admiralty and maritime claim asserted by PLAINTIFF in a total amount of not less than $2,693.22 (calculated through October 18, 2021), plus wharfage fees that additionally

1  accrue through the date of the arrest of the DEFENDANT VESSEL, plus prejudgment
2  interest, and costs of suit herein, and together with all other amounts which have been or are
3  required to be disbursed by PLAINTIFF for the care, insuring, preservation, storage and
4  mooring of the DEFENDANT VESSEL, and all other advances, expenses, fees, costs and
5  disbursements by PLAINTIFFS, together with post-judgment interest at the maximum
6  statutory rate, for the reasons and causes therein stated, and praying for process of warrant for
7  the arrest of said DEFENDANT VESSEL and her appurtenances, and that all persons with an
8  interest in the DEFENDANT VESSEL or her appurtenances be cited to answer, and that the
9  DEFENDANT VESSEL and her appurtenances may for the causes in the said Verified
10 Complaint be condemned and sold to pay the demands of the PLAINTIFF.

11 **YOU ARE HEREBY COMMANDED** to seize the DEFENDANT VESSEL and her
12 appurtenances, and to detain the same in your custody, or in the custody of an authorized
13 Substitute Custodian, until the further Order of the Court respecting the same, and to give
14 due public notice that claims of persons entitled to possession must be filed with the District
15 Court and served upon the attorney for PLAINTIFF within fourteen (14) days after
16 publication; that Answers to the Verified Complaint must be filed and served within twenty-
17 one (21) days after the filing of the claim, or within such additional time as may be allowed
18 by a Judge; that in lieu of an Answer, default may be noted and condemnation ordered; and
19 that applications for intervention under Rule 24, Fed. R. Civ. P., by persons claiming
20 maritime liens or other interests may be untimely if not filed within the time allowed for
21 claims to possession.

22 **YOU ARE FURTHER COMMANDED** to file this process in this Court with your
23 return thereon promptly after execution thereof, and to mail a copy thereof to the attorney at
24 whose request the execution was effected.

25 Dated: October 21 ___, 2021          UNITED STATES DISTRICT COURT CLERK
26
27                                      By: _____
28                                            Deputy Clerk