BRODSKY MICKLOW BULL & WEISS, L.L.P.
Philip E. Weiss, Esq. (No. 152523)
Edward M. Bull III, Esq. (No. 141996)
2540 Shelter Island Drive, Suite P
San Diego, California 92106
Telephone: (619) 225-8884
Facsimile: (619) 225-8801

Attorneys for Plaintiff
SHM Emeryville, LLC,
dba Safe Harbor Emeryville

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHM EMERYVILLE, LLC, dba SAFE HARBOR EMERYVILLE,<br><br>Plaintiff,<br><br>v.<br><br>THAT CERTAIN 1979 DEFEVER MOTOR YACHT OF APPROXIMATELY 38-FEET IN LENGTH, BEARING CALIFORNIA REGISTRATION NO. CF 8837 UR, AND ALL OF HER ENGINES, TACKLE, ACCESSORIES, EQUIPMENT, FURNISHINGS AND APPURTENANCES, *in rem*,<br><br>Defendant. | Case No. 3:21-CV-8260-SK<br><br>IN ADMIRALTY<br><br>NOTICE OF REQUEST FOR REVIEW IN ACCORDANCE WITH F.R.C.P. SUPPLEMENTAL ADMIRALTY RULE C<br><br>46 U.S.C. Sections 30101-31343 |

**COMES NOW** Plaintiff SHM EMERYVILLE, LLC, dba SAFE HARBOR EMERYVILLE and provides notice that it respectfully requests judicial review of its Verified Complaint, its Application for Order Authorizing Issuance of Warrant for Vessel Arrest, its Application for Appointment of Substitute Custodian, the Declarations offered in support thereof and the [Proposed] Order thereon.

Local Admiralty Rule 3-1(e) provides that "[e]xcept in case of exigent circumstances, application for review shall be made by filing a Notice of Request for Review in Accordance

///

with Fed.R.Civ.P. Supp. B or C with the clerk stating therein the process sought and any time requirements within which the request must be reviewed."

This is a vessel arrest action to foreclose on Plaintiff's maritime liens, which arose and subsists as a result of its provision of wharfage and other services for the benefit of the Defendant Vessel, the failure to pay for such services, and the trespass of the Defendant Vessel. Plaintiff seeks process pursuant to Supplemental Admiralty Rule C(3)(a)(1), which provides:

> "The court must review the complaint and any supporting papers.  If the conditions for an in rem action appear to exist, the court must issue an order directing the clerk to issue a warrant for the arrest of the vessel or other property that is the subject of the action."

No exigent circumstances are known to exist that impose any time constraints with respect to the judicial review requested.

Dated: October 21, 2021             Respectfully submitted,

                                    BRODSKY MICKLOW BULL & WEISS, LLP

                                    By      s/Philip Weiss
                                         Attorney for Plaintiff
                                         SHM Emeryville, LLC dba
                                         Safe Harbor Emeryville